# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JARED HINMAN, #Y53702,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 23-cv-02610-JPG |
| | ) |
| **EMILIO PATINO,** | ) |
| **BLAKE MIX, and** | ) |
| **ARIANA GROVES,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs.

**DATED**: 1/13/2025

MONICA STUMP, CLERK

By: s/ Megan Moyers
      Deputy Clerk

APPROVED: s/ *J. Phil Gilbert*
               J. PHIL GILBERT
               United States District Judge